Opinions issued May 16, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-01-01136-CV

____________


JOHN P. AARONSON AND MARY LORETTA AARONSON, Appellants


V.


PATRICK F. KELLEY, Appellee






On Appeal from 133rd the District Court

Harris County, Texas

Trial Court Cause No. 2001-28835






O P I N I O N

 Appellants have filed a motion to dismiss their appeal. Appellee has expressed
no opposition to the motion. No opinion has been issued. Accordingly, the motion
is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.


PER CURIAM

Panel consists of Justices Mirabal, Taft, and Smith. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Jackson B. Smith, Jr., retired Justice, Court of Appeals,
First District of Texas at Houston participating by assignment.